JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nathan Bianco

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ryan Kerbow, Esq., Bernstein and Poisson LLP, 320 S. Jones Boulevard, Las Vegas, NV 89107

## DEFENDANTS
Target Corporation

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Alan W. Westbrook, Esq., PERRY & WESTBROOK, 1701 W. Charleston Boulevard #200, Las Vegas, Nevada 89102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1441
Brief description of cause:
Premises liability slip and fall

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 6/25/20
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

## UNITED STATED DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN BIANCO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive<br><br>Defendant(s). | CASE NO.:<br><br><br><br>**DEFENDANT TARGET CORPORATION'S PETITION FOR REMOVAL AND DEMAND FOR JURY TRIAL** |

### DEFENDANT TARGET CORPORATION'S PETITION FOR REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION, by and through its attorney Alan W. Westbrook, Esq. of PERRY & WESTBROOK, a Professional Corporation, hereby removes this action from the Eighth Judicial District Court of the State of Nevada, in and for Clark County, Nevada, to the United States District Court for the District of Nevada, pursuant to Section 1441 of Title 28 of the United States Code (Diversity of Citizenship).

This removal of this action is based upon the following:

1. This action is a civil action within the meaning of Acts of Congress relating to removal of cases.

2. Plaintiff Nathan Bianco filed a Complaint for damages in the Eighth Judicial District Court, in and for Clark County, Nevada (the State Court). The State Court assigned this matter number A-20-815180-C. The Complaint alleged a cause of action for negligence against Defendant (a copy of the original Complaint is attached as Exhibit A).

3. The Complaint filed alleges damages "in a sum in excess of $15,000.00."

4. Plaintiff's counsel submitted a correspondence dated December 17, 2019, in which the injuries of Plaintiff were described as persistent bilateral knee pain and cervical spine pain. The Plaintiff underwent MRI studies of the right knee and cervical spine, as well as nerve conduction studies. Treatment included PRP injections to both knees. The medical special damages related to the medical treatment amounted, at that time, to $26,781.65. Plaintiff further asserted that the injuries sustained had interfered greatly with his responsibilities and overall life enjoyment and that he continued to suffer at the time of the correspondence. The Plaintiff concluded the letter by demanding an amount many times the $75,000.00 jurisdictional threshold of this Court's jurisdiction. Plaintiff's counsel was requested to stipulate that the amount in controversy would be less than the $75,000.00 threshold, however, this request was denied.

5. Removal to this Court is based upon the receipt of the Complaint, the Plaintiff's counsel's demand letter, and the provided medical records and bills. See 28 U.S.C. § 1446(b)(1) The Defendant was served with the Complaint , by service on their resident agent on June 5, 2020, and therefore, this Petition is filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

6. This Court has original jurisdiction over the claims alleged here for the reasons set for below:

    a. According to the Complaint Plaintiff is, and was at all times relevant, a resident of Clark County, Nevada.

    b. Defendant, Target Corporation, is incorporated in Minnesota, with its principle place of business in Minnesota.

    c. Based upon the Plaintiff's counsel's letter, description of injuries, the continuation of the suffering of Plaintiff, and the incurred medical expenses of $26,781.65.

    d. The State Court action is a civil action between citizens of different States, and the matter in controversy exceeds $75,000.00, exclusive of costs and interest. The District Court has original jurisdiction over the matter pursuant to 28 U.S.C., Section 1332.

7. Defendant served a copy of this Notice of Removal on June 25, 2020, by filing a Notice of Removal with the State Court and having it electronically served through the Court filing system.

8. Defendant respectfully demands a trial by jury of the above-captioned matter.

//
//
//
//
//
//
//
//

WHEREFORE, Defendant hereby removes the State Court Action pending as Case No. A-20-815180-C in the Eighth Judicial District Court of the State of Nevada, in and for Clark County, Nevada, to this Honorable Court.

DATED this 25th day of June, 2020.

                PERRY & WESTBROOK
                A Professional Corporation

                */s/ Alan W. Westbrook*
                ALAN W. WESTBROOK, ESQ.
                Nevada Bar No. 6167
                1701 W. Charleston, Suite 200
                Las Vegas, Nevada 89102
                Telephone: (702) 870-2400
                Facsimile: (702) 870-2880
                Email: awestbrook@perrywestbrook.com
                *Attorney for Defendant Target*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of June, 2020, a true and correct copy of the foregoing was served upon the following counsel via the Court's electronic filing and service system:

Ryan Kerbow, Esq.
Bernstein and Poisson LLP
320 S. Jones Boulevard
Las Vegas, NV 89107
Attorney for Plaintiff

                */s/ Jonna Linke*
                An Employee of PERRY & WESTBROOK,
                A Professional Corporation