# EXHIBIT A

Electronically Issued
5/19/2020 8:59 AM

SUMM
RYAN KERBOW, ESQ.
Nevada Bar No.: 11403
BERNSTEIN AND POISSON LLP
320 S. Jones Boulevard
Las Vegas, Nevada 89107
Telephone: (702) 256-4566
Facsimile: (702) 256-6280
Email: ryan@vegashurt.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| NATHAN BIANCO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign corporation; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant(s). | Case No CASE NO: A-20-815180-C<br><br>Dept. No.:<br><br>Department 24<br><br>SUMMONS |

TARGET CORPORATION

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD, UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of the service you must do the following:

-1-

a.      File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court with the appropriate filing fee.

b.      Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of your money or property, or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Issued at the direction of:                    CLERK OF THE COURT

                                                                                5/19/2020

/s/ Ryan Kerbow

RYAN KERBOW, ESQ.                          DEPUTY CLERK                    Date
BERNSTEIN & POISSON                        County Courthouse
320 S. Jones Boulevard                       200 Lewis Avenue
Las Vegas, Nevada 89107                     Las Vegas, Nevada 89155
Telephone: (702) 256-4566                   Patricia Azucena-Preza
Facsimile: (702) 256-6280
*Attorneys for Plaintiff*

NOTE:   When service is by publication, add a brief statement of the object of the action.
              See Rules of Civil Procedure, Rule 4(b).

-2-

Electronically Filed
5/19/2020 8:58 AM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Ryan Kerbow, Esq.
Nevada Bar No. 11403
**BERNSTEIN & POISSON**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: ryan@vegashurt.com
*Attorneys for Plaintiff*

CASE NO: A-20-815180-C
Department 24

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

NATHAN BIANCO, an individual,

Plaintiff,

v.

TARGET CORPORATION, a foreign corporation; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,

Defendant(s).

Case No.:

Dept. No.:

**COMPLAINT**

COMES NOW Plaintiff Nathan Bianco, by and through his counsel of record, BERNSTEIN & POISSON, and submits this complaint against Defendants for the foregoing causes of action, and alleges as follows:

### I.   GENERAL ALLEGATIONS

1.   At all times material herein, Plaintiff Nathan Bianco (hereinafter "Plaintiff") was an individual residing in Clark County, State of Nevada.

2.   Upon information and belief, at all times material herein, Defendant Target Corporation (hereinafter "Defendant Target") was a foreign corporation doing business as Target.

///

///

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878   FAX: (702) 256-6280

3.    Upon information and belief, at all times material herein, Doe and Roe Defendants 1 through 200 were legal entities/residents of Clark County, Nevada, and authorized to do business by the State of Nevada. Furthermore, said Doe and Roe Defendants were employees, agents, or servants of Defendants in its control and functioned and assisted in the operation, control maintenance and/or management of the premise, in which plaintiff was injured, causing damages.

4.    The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 100 and ROE CORPORATIONS 101 through 200, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names; on information and belief, Plaintiff alleges that the Defendants, and each of them, designated herein as a DOE or ROE CORPORATION were responsible in some manner for the injuries sustained by the Plaintiff resulting from the below stated incident; and is liable for all damages due to Plaintiff as alleged herein.  Plaintiff will ask leave of court to amend this Complaint to insert the true names and capacities when the same is ascertained and to join such Defendants in this action.

5.    Doe 1 is the owner of the premise on which the incident that is the subject of this complaint occurred.

6.    Doe 2 is the owner of the business that operates the business located on the owner's premise.

## II.    FACTUAL BACKGROUND

7.    Plaintiff re-alleges each of the foregoing allegations contained in paragraphs 1 through 6 as if fully set forth herein.

8.    On or about January 5, 2019, Plaintiff was lawfully on the premises at Defendant's property located at 4100 Blue Diamond Road in Las Vegas, Nevada.

9.    Plaintiff slipped due to a melted ice cubes that constituted a dangerous condition on the Defendant's sales floor.

10.    Defendant owed a duty to maintain a safe premise to protect persons, such as Plaintiff, from harm, including exercising due care to inspect and maintain the sales floor to cure

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

1   dangerous conditions. Defendant breached this duty to Plaintiff, as a result of which Plaintiff

2   sustained bodily injuries, loss of earnings, and other damages.

3        11.    As a result, Plaintiff suffered severe bodily injuries and damages in excess of

4   $15,000 subject to proof at trial.

5   **III.    NEGLIGENCE/PREMISES LIABILITY AGAINST DEFENDANT TARGET**

6        12.    Plaintiff re-alleges each of the foregoing allegations contained in paragraphs 1

7   through 11 as if fully set forth herein.

8        13.    Upon information and belief, Defendants and their employees knew or should

9   have known about the dangerous condition, which caused the injuries to Plaintiff, yet continued

10  to let this condition exist, causing an unreasonable threat to the safety of those on their property,

11  including Plaintiff.

12       14.    Defendants, and each of them, had a duty to supervise and maintain said premises

13  in a reasonably safe and suitable condition for its patrons, guests and invitees; and further to take

14  any and all reasonable precautions to avoid the presence of dangerous conditions on or around

15  said premises.

16       15.    Defendants, and each of them, breached its duty to Plaintiff in one or more of the

17  following respects, but not limited to:

18          a.  Failure to exercise reasonable care in design of the parking lot.

19          b.  Failure to warn guests of dangerous conditions on the premises.

20          c.  Failure to inspect for dangerous conditions on the premises.

21          d.  Failure to cure dangerous conditions on the premises.

22          e.  Failure to follow safety protocol.

23          f.  Failing to provide adequate safeguards in place to prevent accidents from

24              occurring.

25       16.    Defendants, and each of them, known and unknown, breached these duties,

26  directly and proximately causing Plaintiff's injuries.

27       17.    Defendants, despite having actual notice or constructive notice, upon a reasonable

28  inspection of its premises, that a dangerous condition existed.  Defendants, failed to cure the

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878 FAX: (702) 256-6280

1   same, enact proper safeguards, or warn of same to prevent serious bodily injury to Plaintiff, all in

2   breach of its duty of due care.

3        18.    Plaintiff has suffered injury and damages in an amount in excess of $15,000.00

4   subject to proof at trial.

5   **IV.**    **PRAYER FOR RELIEF**

6       **WHEREFORE** Plaintiff reserves the right to amend this Complaint prior to or at the

7   time of trial of this action to insert those items of damage not yet fully ascertainable and prays

8   for judgment against said Defendants, and each of them, as follows:

9       1) For general and special damages in a sum in excess of $15,000.00;

10      2) For attorneys' fees and costs of suit incurred herein;

11      3) For interest at the statutory rate; and

12      4) For such other and further relief as the Court may deem just and equitable in the

13         matter.

14   DATED this 18th day of May 2020.

15                     Respectfully submitted,

16                     **BERNSTEIN & POISSON**

17                     */s/ Ryan Kerbow*

                       RYAN KERBOW, ESQ.

18                     State Bar No. 11403

                     320 S. Jones Blvd.

19                     Las Vegas, Nevada 89107

                     (T) (702) 877-4878

20                     (F) (702) 256-6280

                     Email: ryan@vegashurt.com

21                     *Attorneys for Plaintiff*

22

23

24

25

26

27

28

*Sidebar:* Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878 FAX: (702) 256-6280