ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN BIANCO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive<br><br>Defendant(s). | CASE NO.: 2:20-CV-01210-KJD-DJA<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1   FURTHER, all remaining Court dates should be vacated.

2   DATED this 30th day of March, 2022                DATED this 29th day of March, 2022

3   BERNSTEIN & POISSON                               PERRY & WESTBROOK, P.C.

4   /s/                                               /s Alan W. Westbrook
5   Ryan Kerbow, Esq.                                 Alan W. Westbrook, Esq.
    Nevada Bar No.: 11403                             Nevada Bar No.: 6167
6   320 S. Jones Blvd.                                11500 S. Eastern Avenue, Suite 140
7   Las Vegas, Nevada 89107                           Henderson, Nevada 89052
    *Attorneys for Plaintiff*                         *Attorneys for Defendant*

8

9   **IT IS SO ORDERED:**

10

11  _____
12  **UNITED STATES DISTRICT COURT JUDGE**

13
    DATED:  4/4/2022
14